## Appendix A

| Date of Complaint(s) | Number of Complaints | Time of complaint and specific concern expressed to the District |
|---|---|---|
| May 28, 2012 | 1 | 3:25 p.m.: Sulfur odor, frequently around holiday weekends and at night coming from the Station |
| July 4, 2012 | 1 | 2:20 p.m.: Sulfur odor coming from the Station |
| July 15, 2012 | 1 | 4:02 p.m.: Sulfur odor coming from the Station |
| July 24, 2012 | 1 | 11:37 a.m.: Thick clouds of blue smoke and dust coming from the Station |
| July 26, 2012 | 1 | 9:30 a.m.: Strong sulfur odors from the Station irritating complainant's throat and preventing her from being able to go outside |
| August 21, 2012 | 1 | 12:03 p.m.: Strong sulfur smell and visible emissions |
| October 5, 2012 | 1 | 3:15 p.m.: Strong sulfur odor coming from the Station |
| April 22, 2013 | 1 | 3:11 p.m.: Station stack causing air to turn blue in Valley Village neighborhood |
| June 25, 2013 | 1 | 2:20 p.m.: Sulfur odor and smog coming from the Station |
| July 16, 2013 | 2 | 7:45 a.m.: Dark brown haze coming from the Station<br>10:48: Dark brown haze coming from the Station instead of the usual white clouds. |
| July 22, 2013 | 2 | 3:57 p.m.: Blue haze in residential area near the Station<br>4:05 p.m.: Blue haze in residential area near the Station<br><br>At 3:49 p.m., the fire department was dispatched and reported light blue smoke throughout subdivision. |
| July 23, 2013 | 1 | 7:02 a.m.: Blue haze in residential area near the Station |
| July 28, 2013 | 2 | 4:41 p.m.: Blue haze coming from the Station for 4 to 5 hours<br>4:50 p.m.: Blue haze and sulfur and metallic odor coming from Station |
| August 3, 2013 | 1 | 2:57 p.m.: Blue haze and nasty smell in the area |
| August 26, 2013 | 2 | 9:40 a.m.: Blue cloud in subdivision.<br>5:01 p.m.: Smoke, smog or pollution over Valley Village. First noticed at 10AM. Haze still present around 11:30 on Dixie Highway to Ashby Lane. Whole neighborhood covered in haze at 1:00. At 2:20, haze still present despite nice breeze. Caller reported a headache for two days and dust covering vehicles, paint, and glass overnight. |

| August 27, 2013 | 1 | 4:10 p.m.: Blue haze and metallic odor coming from the Station. |
|---|---|---|
| June 16, 2014 | 4 | 12:35: Really thick blue haze with sulfur odor<br>4:24 p.m.: Blue haze with sulfur odor in neighborhood<br>4:25 p.m.: blue haze with metal odor<br>4:33 p.m.: Smog-like blue haze throughout Valley Village neighborhood on-and-off today |
| June 17, 2014 | 3 | 12:45 p.m.: Blue haze and sulfur odor<br>1:00 p.m.: Blue haze and difficulty breathing<br>5:03 p.m.: Horrible haze in the area |
| June 18, 2014 | 5 | 11:52 a.m.: horrible haze making it difficult to breathe; no odor.<br>11:53 a.m.: Blue haze in the area.<br>12:01 p.m.: Heavy haze currently in area and was present the previous night<br>12:30 p.m.: Blue haze is back but no odor present<br>5:26 p.m.: Blue haze on Watson Lane; haze has reached Watson Lane Elementary |
| June 19, 2014 | 4 | 11:06 a.m.: Blue haze all day long<br>4:52 p.m.: Blue haze coming from the Station and hovering low to the ground<br>4:55 p.m.: Blue haze in neighborhood coming from the Station<br>4:59 p.m.: Haze is present but no odor; haze has improved since June 16, 2014 |
| June 20, 2014 | 4 | 11:30 a.m.: Blue haze continued from June 6, 2014.<br>12:15 p.m.: Blue haze in neighborhood.<br>1:38 p.m.: Blue haze with no odor.<br>2:03 p.m.: Blue haze making it hard to breathe. |
| June 22, 2014 | 2 | 5:12 p.m.: Haze over Valley Village.<br>5:54 p.m.: Blue haze coming from the Station but it's dissipating. |
| June 23, 2014 | 1 | 4:10 p.m.: Blue smoke coming from the Station's smoke stacks and then dropping low to the ground. Complainant noted she made calls to LG&E who did not provide her with any information. |
| June 29, 2014 | 1 | 1:39 p.m.: Blue haze returned to area. |
| July 1, 2014 | 1 | 1:15 p.m.: Emissions from the Station's stack that could create low-ground level haze. |
| July 7, 2014 | 1 | 7:32 p.m.: Nasty pickle odor in the area. |
| July 8, 2014 | 1 | 3:15 p.m.: Blue haze and sulfur odor coming from the Station. |

| July 13, 2014 | 1 | 2:39 p.m.: Blue haze throughout Valley Village coming from the Station. |
| August 10, 2014 | 1 | 4:29 p.m.: Blue haze came into neighborhood from Station while he was working in his yard; left sulfur taste in mouth. |
| August 21, 2014 | 1 | 6:18 p.m.: Blue haze with light sulfur odor. |
| August 22, 2014 | 2 | 12:04 p.m.: Blue haze with faint sulfur odor hovering over rooftops.<br>1:45 p.m.: Blue haze with sulfur odor and metallic/sulfur taste since 9:00 a.m.<br>6:18 p.m.: Blue haze with light sulfur odor. |
| January 20, 2015 | 1 | 10:21 a.m.: Brown emissions coming from the Station. |